IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**EDWARD SNYDER,**

    **Plaintiff,**

v.                                       Case No. 4:21-cv-380-AW-MAF

**MARK S. INCH, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's March 4, 2022 Report and Recommendation, ECF No. 16, to which there has been no objection. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1. The Report and Recommendation (ECF No. 16) is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "This action is dismissed without prejudice for failure to comply with a court order and failure to prosecute."

3. The clerk will close the file.

SO ORDERED on April 3, 2022.

                                                 s/ *Allen Winsor*
                                                 United States District Judge